UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES H. LEBOEUF, III | § | C.A. NO. 2:10-cv-01165-KDE-DEK |
| | § | |
| VS. | § | |
| | § | |
| KEVIN GROS OFFSHORE, L.L.C. and | § | |
| KEVIN GROS CONSULTING & MARINE | § | |
| SERVICES, INC. | § | SEC.  N     MAG. 3 |

## ORDER

IT IS ORDERED that Francis I. Spagnoletti be and is hereby admitted to the Bar of this Court pro hac vice on behalf of James H. LeBouef, III, Plaintiff in the above-described action.

This 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE